**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**KATHLEEN DAVIS, on behalf of NATALIE**
**MAITLAND (Deceased),**

                      **Plaintiff,**

      **v.**                                      **6:11-CV-658**
                                                       **(MAD/DEP)**

**CAROLYN W. COLVIN,**
**Commissioner of Social Security,**

                      **Defendant.**
_____

**APPEARANCES:**                             **OF COUNSEL:**

OLINSKY LAW GROUP                Howard D. Olinsky, Esq.
300 S. State Street, Ste. 520
Syracuse, New York 13202
*Attorney for Plaintiff*

SOCIAL SECURITY ADMINISTRATION    Jason P. Peck, Esq.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278
*Attorney for Defendant*

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 27th day of February 2013.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk is directed to close the case and enter judgment accordingly.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  March 21, 2013
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge